Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-10166 JSB | **Trustee:** (330640) THOMAS E. SPRINGER | |
| **Case Name:** SIMMERS, CHARISE | **Filed (f) or Converted (c):** 04/09/19 (f) | |
| | **§341(a) Meeting Date:** 05/20/19 | |
| **Period Ending:** 12/31/20 | **Claims Bar Date:** 12/04/19 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate: 915 Burnham Crt, Aurora, IL 60502 | 581,585.00 | 0.00 | | 0.00 | FA |
| 2 | 2017 Toyota Corolla 13,000 miles | 13,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2012 Lexus IS; 80,000 miles | 7,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings<br>    Family room (couch, loveseat, corner table, cocktail table, lamps, mirror), kitchen (table, chairs, utensils, pots, pans, dishes, glassware, blender, coffee pot, mixer, food processor), laundry room (washer, dryer, fridge), dining room (table, chairs, hutch, decorative dishware), living room (couch,<br>area rung, table, chest), spare bedroom (dresser), spare bedroom (bedset with hutch, small chest),<br>spare bedroom (bedset, lamp, chest), master bedroom (bed, frame, headboard, two end tables, two lamps, two chests), reading room (loveseat, ottoman, floor lamp, bookcase), basement (desk), outdoor patio furniture, gas grill - virtually all purchased in 2008 (except washing machine is new) | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics<br>    Four TVs, projector, computer/monitor/printer | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Collectibles of value<br>    Family photographs and books of inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Equipment for sports and hobbies<br>    Heavy bags, elliptical/treadmill, dumbbells, weights and | 250.00 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-10166 JSB | Trustee: | (330640) THOMAS E. SPRINGER |
| --- | --- | --- | --- |
| Case Name: | SIMMERS, CHARISE | Filed (f) or Converted (c): | 04/09/19 (f) |
| | | §341(a) Meeting Date: | 05/20/19 |
| Period Ending: | 12/31/20 | Claims Bar Date: | 12/04/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | bench | | | | | |
| 8 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry<br>   Inconsequential accessories of no value, costume | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Non-farm animals Two cats ,dog | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Cash | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | Checking account Chase | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Checking accounts; BMS Haris (two accounts) | 250.00 | 0.00 | | 0.00 | FA |
| 14 | HSA: through current employer | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 34% ownership CHerry Logistics Corp; bankrupt | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IRA (rolled over from Cherry Logistics 401(k) | 300,000.00 | 0.00 | | 0.00 | FA |
| 17 | Annutiy/IRA (rolled over from Cherry Logistics 401(k) | 350,000.00 | 0.00 | | 0.00 | FA |
| 18 | Interests in education IRA :Bright Directions | 24,070.88 | 0.00 | | 0.00 | FA |
| 19 | Trusts<br>   Charise M. Simmers Irrevocable Trust; owns whole value life insurance policy w/ $116k surrender value not listed on line 31; settled 2006 and has always owned life insurance policy,Charise M. Simmers Revocable Trust, continues to exist with no assets | 116,097.21 | 116,097.21 | | 0.00 | FA |
| 20 | Tax refunds 2018 tax year | 22,000.00 | 22,186.00 | | 23,236.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| | | |
|---|---|---|
| **Case Number:** 19-10166 JSB | **Trustee:** (330640) | THOMAS E. SPRINGER |
| **Case Name:** SIMMERS, CHARISE | **Filed (f) or Converted (c):** 04/09/19 (f) | |
| | **§341(a) Meeting Date:** 05/20/19 | |
| **Period Ending:** 12/31/20 | **Claims Bar Date:** 12/04/19 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Loan to Daniel Cirino, Force Sports Training Inc<br>  Debtor collected total of $6,644.97 post-petition; Trustee recieved settlement of these funds from Debtor pursuant to Order 11/6/20 | 25,699.41 | 25,699.41 | | 7,262.32 | 18,437.09 |
| 22 | Term life insurance through current employer<br>  Beneficiary Debtor's children | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Term Life insurance for which debtor pays<br>  direclty  Beneficiary Debtor's children | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Any interest in property that is due you from | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Claims against third parties<br>  (Right to payment on claim 87 in Cherry Logistics bankruptcy)<br>Claim filed for $1,100,000.00; Trustee's value is approximately 1% of claim for payments to unsecured creditors | Unknown | 10,000.00 | | 0.00 | 10,000.00 |
| 26 | Preference claim Bank of America  (u) | 967.81 | 967.81 | | 967.81 | FA |
| 26 | **Assets  Totals** (Excluding unknown values) | **$1,446,220.31** | **$174,950.43** | | **$31,466.13** | **$28,437.09** |

**Major Activities Affecting Case Closing:**

  Trustee awaiting distribution in related Cherry Logistics.  After said distribution, Trustee will sell remaining account receivable (currently making monthly payments pursuant to promissory note) or possibly work out settlement direclty with account receivable.

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 19-10166 JSB | **Trustee:** (330640) | THOMAS E. SPRINGER |
|---|---|---|---|
| **Case Name:** | SIMMERS, CHARISE | **Filed (f) or Converted (c):** | 04/09/19 (f) |
| | | **§341(a) Meeting Date:** | 05/20/19 |
| **Period Ending:** | 12/31/20 | **Claims Bar Date:** | 12/04/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 15, 2020       **Current Projected Date Of Final Report (TFR):** December 15, 2021

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 19-10166 JSB | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | SIMMERS, CHARISE | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5756 - Checking Account |
| Taxpayer ID #: | **-***3346 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/20 | | Transfer from 4083 to 5756 | Transfer from 4083 to 5756 | 9999-000 | 23,236.00 | | 23,236.00 |
| 02/14/20 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2020 FOR CASE #19-10166, Yearly Blanket Bond premium; Bond # 016073584 | 2300-000 | | 8.26 | 23,227.74 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.56 | 23,209.18 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 37.09 | 23,172.09 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 35.80 | 23,136.29 |
| 06/02/20 | {21} | Force Sports Training, Inc. | Acct #1; Payment #1; Installment payment loan | 1121-000 | 345.29 | | 23,481.58 |
| 06/23/20 | {21} | Force Sports Training Inc | Acct #1; Payment #2; Installment payment on Loan | 1121-000 | 345.29 | | 23,826.87 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 40.08 | 23,786.79 |
| 07/14/20 | {21} | Force Sports Training Inc | Acct #1; Payment #3; Installment payment on loan | 1121-000 | 345.29 | | 24,132.08 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 39.59 | 24,092.49 |
| 08/14/20 | {21} | Force SPorts Training | Acct #1; Payment #4; installment payment | 1121-000 | 345.29 | | 24,437.78 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 37.50 | 24,400.28 |
| 09/15/20 | {21} | Force Sports Training Inc | Acct #1; Payment #5; Installment payments | 1121-000 | 345.29 | | 24,745.57 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 41.88 | 24,703.69 |
| 10/02/20 | {21} | Charise M. Simmers | Acct #1; Payment #6; Settlement on funds paid to Debtor post-petition by AR (asset #21 Force Sports Training) Debtor collected total of $6,644.97 | 1121-000 | 4,500.00 | | 29,203.69 |
| 10/13/20 | {21} | Force Sports Training Inc | Acct #1; Payment #7; installment payment | 1121-000 | 345.29 | | 29,548.98 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 46.51 | 29,502.47 |
| 11/13/20 | {21} | Force Sports Training Inc | Acct #1; Payment #8; Installment payment on loan | 1121-000 | 345.29 | | 29,847.76 |

Subtotals : $30,153.03   $305.27

{} Asset reference(s)

Printed: 01/26/2021 02:12 PM   V.20.29

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 19-10166 JSB
**Case Name:** SIMMERS, CHARISE

**Taxpayer ID #:** **-***3346
**Period Ending:** 12/31/20

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******5756 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 45.85 | 29,801.91 |
| 12/11/20 | {21} | Force Sports Training Inc | Acct #1; Payment #9 | 1121-000 | 345.29 | | 30,147.20 |
| 12/15/20 | {26} | Bank of America, NA | | 1241-000 | 967.81 | | 31,115.01 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 53.59 | 31,061.42 |
| | | | **ACCOUNT TOTALS** | | 31,466.13 | 404.71 | $31,061.42 |
| | | | Less: Bank Transfers | | 23,236.00 | 0.00 | |
| | | | **Subtotal** | | 8,230.13 | 404.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,230.13** | **$404.71** | |

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 19-10166 JSB | | **Trustee:** | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| **Case Name:** | SIMMERS, CHARISE | | **Bank Name:** | People's United Bank |
| | | | **Account:** | ********2963 - Checking Account |
| **Taxpayer ID #:** | **-***3346 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/31/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **{Ref #} / Check #** | **Paid To / Received From** | **Description of Transaction** | **T-Code** | **Receipts $** | **Disbursements $** | **Checking Account Balance** |
| 09/13/19 | {20} | United States Treasury | endorsed by Debtor to Trustee | 1124-000 | 20,357.00 | | 20,357.00 |
| 09/13/19 | {20} | Susana A. Mendoza on the Treasurer of the State of Illinois | endorsed by Debtor to Trustee | 1124-000 | 2,879.00 | | 23,236.00 |
| 01/28/20 | | Transfer from 2963 to 1833 | Transfer from 2963 to 1833 | 9999-000 | | 23,236.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,236.00 | 23,236.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 23,236.00 | |
| | | | **Subtotal** | | 23,236.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,236.00** | **$0.00** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 31,466.13 | | | |
| Net Estate : | $31,466.13 | | | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******5756** | 8,230.13 | 404.71 | 31,061.42 |
| **Checking # ********2963** | 23,236.00 | 0.00 | 0.00 |
| | $31,466.13 | $404.71 | $31,061.42 |

{} Asset reference(s)